September 16, 1969

Upper Merion Township Appeal.

Submitted September 12, 1969. *Gregory J. Dean* and *James E. Meneses,* for appellant; *Stephen M. Feldman,* for appellee.

OPINION PER CURIAM: The order of the lower court imposing costs of storage for the impounded vehicle upon Upper Merion Township is vacated. Said costs to be paid by Montgomery County.